# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# Bushnell

**Reg. No. 5,634,672**

**Registered Dec. 18, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Bushnell Inc. (DELAWARE CORPORATION)
9200 Cody Street
Overland Park, KANSAS 66214

CLASS 9: Binoculars, riflescopes, spotting scopes, telescopes, laser rangefinders, trail cameras, GPS navigation and tracking devices

FIRST USE 6-30-2017; IN COMMERCE 6-30-2017

The mark consists of the word "BUSHNELL" with a capital "B", in stylized lettering.

OWNER OF U.S. REG. NO. 3603004, 2634491, 1153712

SER. NO. 87-979,034, FILED 04-27-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# BUSHNELL

**Reg. No. 3,993,856**

**Registered July 12, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

BUSHNELL INC. (DELAWARE CORPORATION)
9200 CODY
OVERLAND PARK, KS 66214

FOR: CAMERAS, LASER RANGEFINDERS, RADAR SPEED GUNS, SPOTTING SCOPES, MONOCULARS, NIGHT VISION BINOCULARS, NIGHT VISION MONOCULARS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-2001; IN COMMERCE 0-0-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,153,712, 2,634,491, AND 3,539,592.

SER. NO. 85-200,771, FILED 12-17-2010.

SANDRA BUJA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,634,491
Registered Oct. 15, 2002

## TRADEMARK
### PRINCIPAL REGISTER

# Bushnell

BUSHNELL CORPORATION (DELAWARE CORPORATION)
9200 CODY
OVERLAND PARK, KS 66214

FOR: OPTICAL INSTRUMENTS, NAMELY, BINOCULARS, MONOCULARS, TELESCOPIC GUN SIGHTS FOR RIFLES, PISTOLS AND SHOTGUNS, BORE SIGHTERS, SPOTTING SCOPES, RIFLESCOPES, OPTICAL RANGEFINDERS, LASER RANGEFINDERS, TELESCOPES; TELESCOPE MOUNTS; ADAPTERS FOR COUPLING TELESCOPES TO CAMERAS; ARBORS FOR BORE SIGHTERS; CASES FOR THE ABOVE-NAMED GOODS; LENS CAPS FOR RIFLESCOPES; RIFLESCOPES MOUNTING PARTS; TRIPODS FOR TELESCOPES, SPOTTING SCOPES, BINOCULARS, RANGEFINDERS AND CAMERAS; NIGHT VISION BINOCULARS AND MONOCULARS; AND RADAR SPEED GUNS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-3-2001; IN COMMERCE 1-3-2001.

OWNER OF U.S. REG. NO. 1,153,712.

SEC. 2(F).

SER. NO. 76-240,180, FILED 4-13-2001.

CATHERINE KAISER KREBS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,153,712

Registered May 12, 1981

## TRADEMARK
Principal Register

## BUSHNELL

Bausch & Lomb Incorporated (New York corporation)
1400 N. Goodman St.
Rochester, N.Y. 14602

For: OPTICAL APPARATUS AND INSTRU-
MENTS AND ACCESSORIES FOR USE THERE-
WITH—NAMELY, BINOCULARS, BORE
SIGHTERS, RIFLESCOPES, SHOOTING
GLASSES, SUNGLASSES, TELESCOPES, THE-
ATRE GLASSES, ADAPTERS FOR COUPLING
TELESCOPES TO CAMERAS, ARBORS FOR
BORE-SIGHTERS, CASES, LENS CAPS FOR RI-
FLESCOPES, RIFLESCOPE MOUNTING PARTS
AND TRIPODS, in CLASS 9 (U.S. Cl. 26).
First use 1950; in commerce 1950.

Ser. No. 172,294, filed May 30, 1978.

A. D. HOOKS, Primary Examiner

JEFFREY QUINN, Examiner